UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Debora A. Dowlin</u>

    v.                        Civil No. 09-cv-00043-JL

<u>Community Alliance of</u>
<u>Human Services</u>

**O R D E R**

It is this court's practice, despite the provisions of Local Rule 7.1(d), to hear oral argument on all dispositive motions whether or not oral argument is requested.  This court will schedule argument on the defendant's motion to dismiss in due course.

The papers filed by both parties in connection with the request for oral argument (document nos. 15-21), however, are STRICKEN, as they consist almost entirely of counsel's casting aspersions on each other rather than addressing any of the issues at hand.  That sort of practice--of which both sides appear roughly in pari delicto--is not looked upon favorably.

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:    April 30, 2009

cc:  David N. Cole, Esq.
     Christopher E. Grant, Esq.